

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MOSTAFA DAVOODI, | § | No. 08-16-00010-CV |
| | § | |
| Appellant | § | Appeal from the |
| | § | |
| V. | § | 419th District Court |
| | § | |
| AUSTIN INDEPENDENT SCHOOL DISTRICT, | § | of Travis County, Texas |
| | § | (TC# D-1-GN-13-001738) |
| Appellee. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution, in accordance with the opinion of this Court. We therefore dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 27TH DAY OF APRIL, 2016.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez and Hughes, JJ.